# United States District Court
## Southern District of Georgia

ROBERT CASTLEBERRY

**NOTICE**

V.

CAMDEN COUNTY

CASE NUMBER: CV216-128

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | DATE AND TIME |
| | 06/04/2019 at 9:00 am |

TYPE OF PROCEEDING

Jury Selection / Trial

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

02/15/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No.  912-658-6667

To   Adeash Amarnauth Lakraj
     Charles A. Dorminy
     William S. Mann