IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY, | Civil Action No. |
| Plaintiff, | 2:16-cv-00128-LGW-BWC |
| v. | JURY TRIAL DEMANDED |
| CAMDEN COUNTY, | |
| Defendant. | |

## MOTION OF SUBSTITUTION OF COUNSEL

COMES NOW, V. Severin Roberts, attorney for Robert Castleberry ("Plaintiff") in the above captioned mater, and respectfully requests the court allow a substitution of counsel and shows the Court as follows:

1. Taylor J. Bennett of Barrett & Farahany filed a complaint on behalf of Plaintiff on September 15, 2016. [Doc 1].

2. On March 22, 2017, Adeash A. Lakraj entered an appearance on behalf of Plaintiff [Doc. 15]. Attorney Bennett's representation of Plaintiff was withdrawn as of March 27, 2017. [Doc. 16].

3. To date, Mr. Lakraj and the law firm of Barrett & Farahany have represented the Plaintiff in the above referenced matter.

4. Due to an employment change, as of March 1, 2019, Mr. Lakraj will no longer be employed by Barrett & Farahany.

5. The law firm of Barrett & Farahany will continue to represent Plaintiff in this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court grant Plaintiff's motion for the substitution of V. Severin Roberts in the stead of Adeash A. Lakraj.  A proposed order is attached.

This 20th day of February, 2019.

                                      **BARRETT & FARAHANY**

                                      s/ *V. Severin Roberts*
                                      V. Severin Roberts
                                      Georgia Bar No. 940504

                                      *Attorney for Robert Castleberry*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>　Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>　Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing ***Motion of Substitution of Counsel*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of records.

This 20th day of February, 2019.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

*Attorney for Robert Castleberry*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>   Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>   Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## **(Proposed) ORDER**

This matter comes before the Court on the Plaintiff's Motion for Substitution of Counsel ("Motion"). Having considered the Motion in its entirety, the Court GRANTS Plaintiff's Motion for Substituting of Counsel. V. Severin Roberts will be entered as the substitute counsel for Adeash A. Lakraj.

_____
United States Magistrate Judge
Southern District of Georgia