IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

V. Severin Roberts, of Barrett & Farahany, hereby enters an appearance on behalf of Robert Castleberry, the Plaintiff in the above-styled action, and requests that copies of all communications, filings, and orders in this matter be directed to the undersigned through electronic notification using the CM/ECF system.

This 3rd day of March, 2019.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

*Attorney for Robert Castleberry*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 3rd day of March, 2019.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

*Attorney for Robert Castleberry*