IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

Victor Severin Roberts, of Barrett & Farahany, hereby gives notice that his contact information is as follows:

BARRETT & FARAHANY
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
404-214-0120
Fax: 404-214-0125
Email: severin@justiceatwork.com

Kindly make the necessary changes to the Court's records.

This 4th day of March, 2019.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

*Attorney for Robert Castleberry*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>  Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>  Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing *Notice of Change of Address* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 4th day of March, 2019.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

*Attorney for Robert Castleberry*