IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Robert Castleberry, by and through undersigned counsel, and hereby notifies the Court that the Parties have reached a settlement of this action and their claims brought herein. The parties intend to file a Stipulation of Dismissal within 30 days, upon Defendant's satisfaction of conditions precedent to the parties' resolution.

Respectfully submitted this 24th day of May, 2019.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

1

*Attorney for Plaintiff Robert Castleberry*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Fascimilie: (404) 214-0125
amanda@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing ***Notice of Settlement*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Dorminy
cdorminy@hallboothsmith.com

William Mann
wmann@hallboothsmith.com

Respectfully submitted this 24th day of May, 2019.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

3