IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert Castleberry and Defendant Camden County, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 12th day of June, 2019.

| **BARRETT & FARAHANY** | **HALL BOOTH SMITH, P.C.** |
|---|---|
| s/ *Amanda A. Farahany* | s/ *William S. Mann* |
| Amanda A. Farahany | Charles A. Dorminy |
| Georgia Bar No. 646135 | Georgia Bar No. 001315 |
| *Attorney for Plaintiff* | William S. Mann |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 964223 |
| Atlanta, Georgia 30309 | *Attorneys for Defendant* |
| (404) 214-0120 | 3528 Darien Highway, Suite 300 |
| amanda@justiceatwork.com | Brunswick, GA 31525 |
| | (912) 554-0093 |
| | wmann@hallboothsmith.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT CASTLEBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action No.<br><br>2:16-cv-00128-LGW-BWC<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing ***Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Dorminy
cdorminy@hallboothsmith.com

William Mann
wmann@hallboothsmith.com

Respectfully submitted this 12th day of June, 2019.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135