# In the United States District Court for the Southern District of Georgia Brunswick Division

ROBERT CASTLEBERRY,

    Plaintiff,

v.

CAMDEN COUNTY,

    Defendant.

2:16-CV-128

### ORDER

Before the Court is the Parties' joint stipulation of dismissal, dkt. no. 91, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 17th day of June, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)